John Severson, appellee, v. The American Insurance Company, appellant. Gen. No. 7,888.

Opinion filed August 8, 1928.

Donovan, Bray & Gray, for appellant. Clark, Munts & Young, for appellee.

Mr. Justice Jett delivered the opinion of the court.

The People of the State of Illinois for use of Community High School District No. 195, Henry County, Illinois, appellant, v. A. E. Anderson et al., appellees. Gen. No. 7,882.

Opinion filed August 20, 1928. Rehearing denied January 28, 1929.

Sturtz & Ewan, for appellant. Wood & Warner, for appellees.

Mr. Presiding Justice Jones delivered the opinion of the court.

Almira M. Marshall, appellee, v. William G. Boeke, appellant. Gen. No. 7,885.

Opinion filed August 20, 1928.

Elwyn R. Shaw, for appellant; Clarity & Vance, of counsel. Hyer & Gill, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

Carrie Ackerson, appellee, v. James G. Tetlow, administrator of the estate of Hiram Gitchell, deceased, appellant. Gen. No. 7,891.

Opinion filed August 20, 1928.

Hinchcliff & Miller and Welsh & Welsh, for appellant. North, Linscott, Gibboney & North and David D. Madden, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

Harry Kluk and Joe Lowy, trading as Elite Fruit Market, appellees, v. Frank Webber, trading as Webber Cartage Line, appellant. Gen. No. 7,843.

Opinion filed August 28, 1928.

Okel S. Fuqua and Sidney H. Block, for appellant. J. A. Miller, for appellees.

Mr. Justice Jett delivered the opinion of the court.